

**CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE**

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

August 8, 2023

Via CM/ECF

    Re: *American Honey Producers Association and Sioux Honey Association v. United States, et. al.*, Court No. 22-00195

Dear Counsel:

    As you know, the court has scheduled oral argument in this case for August 15, 2023, at 11:00 a.m.  The Federal Bar Council has encouraged judges to consider revising or adding provisions to their practice rules to allow junior lawyers to take a more active role in oral arguments.  While their efforts are primarily focused on the federal district courts, the sentiment is no less relevant to the U.S. Court of International Trade.  It is in that light that I write to encourage you to consider positively the role that junior lawyers might play in this oral argument.  I hope that you will consider providing those lawyers who are familiar with the issues and record under consideration, but who are not as experienced in arguing before a court, with the opportunity to participate in this argument.

    The court does not have any questions to pose in advance of oral argument.  Nevertheless, the court expects all parties to be prepared, among other things, to address the similarities and differences between the facts of this case and the court's recent decision in *Nexco S.A. v. United States*, Slip Op. 23-85, 2023 Ct. Int'l Trade LEXIS 87 (CIT June 7, 2023).

    As a reminder, parties should be prepared to identify documents in the record that support their position and present the court with any documents used to support their assertions that have not been submitted as part of the joint appendices filed in this case.  Parties should also be prepared to present the documents supporting their factual assertions on the courtroom's document projector.  Any inquiries about utilizing the courtroom's projector should be directed to the case manager, Geoffrey Goell, on (212) 264-2973 before the scheduled oral argument date.

    Very truly yours,

    /s/    Mark A. Barnett
    Mark A. Barnett, Chief Judge